JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINSHE SHARLESE KERNEY, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THARALDSON HOSPITALITY MANAGEMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 5:19-cv-00798-JGB-SHKx<br>[Assigned to the Hon. Jesus G. Bernal, Courtroom No. 1]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**[Stipulation Filed and Served Concurrently Herewith]**<br><br>Complaint 03/28/2019 |

## ORDER

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: July 30, 2020

_____
Hon. Jesus G. Bernal
United States District Court